OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

**OFFICIAL BUSINESS**
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

UNITED STATES

02 1R
000 2003152
MAILED FROM ZIPCODE 78701

$00.26⁵
APR 17 2015
PITNEY BOWES

**4/15/2015**
**LOVETT, LAMAR**          **Tr. Ct. No. D-1-DC-10-904094-C**          **WR-76,670-06**
On this day, this Court has denied applicant's "MOTION FOR JUDGEMENT IN
THE COURT OF CRIMINAL APPEALS PURSUANT."

*Bench Warren*
Abel Acosta, Clerk

LAMAR LOVETT

TDC #1687455

UTF